UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 13-10029-CR-MARTINEZ

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DANIEL ROCHELA,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation regarding Criminal Justice Act Voucher FLS 13 2368-02 issued by United States Magistrate Judge Barry L. Garber, on December 5, 2014 [ECF No. 453], recommends to this Court, that the CJA Voucher FLS 13 2368-02 be Granted and that Ana M. Davide, PA be paid a total sum of **$23,726.80** as and for reasonable attorney's fees, costs and expenses, said amount being reasonable for necessary and legal tasks performed for the defendant. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Barry L. Garber's Report and Recommendations [ECF No. 453], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this ⁓⁓ day of December, 2014.

                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
Ana M. Davide, PA
Lucy Lara, CJA Administrator